No. 6229.—Ortiz Quiñones, apltes., v. Sosa Oliva y Ortiz Quiñones, apldos.—C. D. San Juan. ▋▋▋▋▋▋▋▋
▋▋▋▋▋▋ Diciembre 13, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Apareciendo que el escrito de apelación en el presente caso se radicó el día 23 de junio de 1930, y que desde el día 2 de abril de 1931, en que los apelantes radicaron su última moción de prórroga para preparar la transcripción de evidencia, hasta la fecha, no han practicado ninguna otra gestión para perfeccionar su apelación, habiendo transcurrido más de dos años desde que se inició la misma, se desestima, por abandono, el recurso de apelación establecido en este caso contra sentencia de la Corte de Distrito de San Juan, dictada en 23 de mayo, 1930.

No. 6226.—Ribot Colomer, aplte., v. Porto Rico Railway Light & Power Co., aplda.—C. D. San Juan. ▋▋▋▋▋▋▋▋ Diciembre 13, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, la parte apelada nos pide que desestimemos esta apelación por no haber sido proseguida con la debida diligencia;

Por cuanto, el demandante interpuso apelación en este caso el 19 de octubre de 1931, desde cuya fecha ha obtenido prórrogas para que el taquígrafo haga la transcripción de evidencia para la apelación sin que a pesar del tiempo transcurrido se haya radicado esa transcripción;

Por cuanto, la apelada alega que el mismo taquígrafo ha hecho la transcripción en otro pleito cuya apelación fué interpuesta el 23 de marzo de 1932, y uno de los abogados de la apelada dice bajo juramento que los dos abogados de la apelante le han manifestado que su cliente no tiene interés en proseguir esta apelación;

Por tanto, en vista de los hechos expuestos y de la regla 59 de las de este tribunal, por falta de la debida diligencia en la tramitación de este recurso se desestima la apelación que el demandante interpuso contra la sentencia dictada en este caso.